IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE D. WALLS,<br>    Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | Civil Action No. 04-644 |
| ALLEGHENY COUNTY JAIL, et al.,<br>    Defendants. | )<br>)<br>) | |

O R D E R

AND NOW, this 23rd day of January, 2006, after the plaintiff, George D. Walls, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 84), which is adopted as the opinion of this Court,

IT IS ORDERED that the complaint is dismissed as to defendants Aramark Correctional Service, Inc., Charles "Eric" Chatham and Elizabeth R. Salvi for plaintiff's failure to prosecute.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:   George D. Walls
      P.O. Box 3413
      Pittsburgh, PA 15230-3413