IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE D. WALLS,<br>      Plaintiff, | )<br>)<br>) |
| vs. | )   Civil Action No. 04-644<br>) |
| ALLEGHENY COUNTY JAIL, et al.,<br>      Defendants. | )<br>) |

O R D E R

AND NOW, this 27th day of February, 2006, after the plaintiff, George D. Walls, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by defendants Allegheny County Jail, Calvin A. Lightfoot, F. Rosemeyer, James Gregg, Greg Grogan, William Emerick, Jack Pischke, Dr. Dixon, M.D., Penny Howe, Cheryl Staniko, Lt. Flood, Lt. L. Leon, Lt. Mathews, Major Mikulan, Major James J. Donis, Thomas Leight, James Malcolm, Constance Crossing, Rev. Ulli Klemm, Allegheny County and Dan Onarato, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 90), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for summary judgment submitted on behalf of defendants Allegheny County Jail, Calvin A. Lightfoot, F. Rosemeyer, James Gregg, Greg Grogan, William Emerick, Jack Pischke, Dr. Dixon, M.D., Penny Howe, Cheryl Staniko, Lt. Flood, Lt. L. Leon, Lt. Mathews, Major Mikulan, Major James J. Donis, Thomas Leight, James

Malcolm, Constance Crossing, Rev. Ulli Klemm, Allegheny County and Dan Onarato (Docket No. 85) is granted.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

<u>/s/ Joy Flowers Conti</u>
Joy Flowers Conti
United States District Judge

cc: George D. Walls
P.O. Box 3413
Pittsburgh, PA 15230-3413